PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Mitchell Frederick Paster

Cr.: 16-00183-001
PACTS #: 18654

Name of Sentencing Judicial Officer:   THE HONORABLE  MALCOLM MUIR
UNITED STATES DISTRICT JUDGE (MD/PA)

Name of Assigned Judicial Officer:   THE HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE (D/NJ)

Date of Original Sentence: 09/22/1999

Original Offense:  MURDER, SECOND DEGREE

Original Sentence: 262 months imprisonment, 60 months supervised release

Special Conditions: Mental Health Treatment, Drug Treatment, Substance Abuse Testing, Restitution ($4,095.38), Special Assessment

Type of Supervision: Supervised Release

Date Supervision Commenced: 08/24/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.' |
| | On February 2, 2016, Mitchell Paster tested positive for marijuana on a ten-panel instant urine test. This result was confirmed by laboratory analysis under specimen#B03390847. |

U.S. Probation Officer Action:
The Probation Office has continued to drug test this offender and all tests since February have been negative for illicit substances. Paster has also been referred to our Moral Reconation Therapy program to address his cognitive behavioral skills and poor choices.

Prob 12A – page 2
Mitchell Frederick Paster

Respectfully submitted,

*Dana Hafner/nmf*

By: Dana Hafner
    U.S. Probation Officer
Date:  04/14/2016

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐  No Formal Court Action to be Taken at This Time

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☑  Other  *official reprimand*

_____
Signature of Judicial Officer

4/20/16
_____
Date